# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA, JR., | 1:07-CV-01105 AWI NEW (DLB) HC |
| Petitioner, | ORDER DISMISSING PETITION WITH LEAVE TO FILE AMENDED PETITION |
| v. | ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER BLANK PETITION FOR WRIT OF HABEAS CORPUS |
| R. A. HOREL, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This action has been referred to this Court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72-302.

On July 17, 2007, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Northern District of California. By order of the Court dated July 26, 2007, the case was transferred to the Eastern District and received in this Court.

**DISCUSSION**

A. Procedural Grounds for Summary Dismissal

Rule 4 of the Rules Governing Section 2254 Cases provides in pertinent part:

If it plainly appears from the petition and any attached exhibits that the petitioner is not

entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

The Advisory Committee Notes to Rule 8 indicate that the court may dismiss a petition for writ of habeas corpus, either on its own motion under Rule 4, pursuant to the respondent's motion to dismiss, or after an answer to the petition has been filed. A petition for habeas corpus should not be dismissed without leave to amend unless it appears that no tenable claim for relief can be pleaded were such leave granted. Jarvis v. Nelson, 440 F.2d 13, 14 (9th Cir. 1971).

B.  Failure to State a Discernable Claim

Petitioner must state his claim with sufficient specificity. See Hendricks v. Vasquez 908 F.2d at 491-92; Wacht v. Cardwell, 604 F.2d 1245, 1246-47 (9th Cir.1979). Rule 2(c) of the Rules Governing Section 2254 Cases (emphasis added) states:

> The petition must:
> (1) *specify all the grounds for relief available to the petitioner;*
> (2) *state the facts supporting each ground;*
> (3) state the relief requested;
> (4) be printed, typewritten, or legibly handwritten; and
> (5) be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242.

The instant petition does not specify any grounds for relief. In the spaced reserved in the form petition for his grounds, Petitioner references his attachments. The attachments consist of some pages handwritten by Petitioner, followed by a copy of one of his state court briefs with handwritten notes within, followed by more handwritten pages entitled "Supplemental Case Law in Support of the Petition." This presentation of claims is deficient. The Court cannot with any certainty identify any particular claims from the attached pages. It appears Petitioner wishes to raise the same claims from the attached brief; nevertheless, it is not entirely clear whether this is the case, and moreover, the handwritten pages before and after the brief only serve to confuse. Therefore, the petition must be dismissed.

However, Petitioner will be given an opportunity to file a first amended petition to cure the deficiencies. Petitioner is advised that failure to file a petition in compliance with this order (i.e., a completely filled-out petition with cognizable federal claims clearly identified, each supported by specific facts) within the allotted time will result in a recommendation that the petition be dismissed

1  and the action be terminated. Petitioner is advised that the amended petition should be titled "First
2  Amended Petition" and must reference the instant case number.

3  **ORDER**

4      Accordingly, the petition for writ of habeas corpus is hereby DISMISSED.  Petitioner is
5  GRANTED thirty (30) days from the date of service of this order to file an amended petition in
6  compliance with this order. The Clerk of Court is DIRECTED to send Petitioner a form petition
7  pursuant to 28 U.S.C. § 2254.
8      IT IS SO ORDERED.
9      Dated:   **August 20, 2007**                              /s/ **Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28