UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL GARCIA, JR., | ) | 1:07-CV-01105 AWI GSA HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO WITHDRAW UNEXHAUSTED |
| | ) | CLAIM |
| v. | ) | [Doc. #16] |
| | ) | |
| | ) | ORDER VACATING FINDINGS AND |
| R. A. HOREL, | ) | RECOMMENDATION OF OCTOBER 3, |
| | ) | 2007, THAT HAD RECOMMENDED THE |
| Respondent. | ) | PETITION BE DISMISSED |
| | ) | [Doc. #14] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 3, 2007, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to exhaust state remedies with respect to Ground Four of the petition.  Petitioner was granted leave to file a motion to withdraw the unexhausted claims in order to avoid dismissal of the petition. The parties were granted thirty (30) days to file objections to the Findings and Recommendation.

On October 22, 2007, Petitioner filed a motion to withdraw the unexhausted claim as contemplated in this Court's Findings and Recommendation so as to avoid dismissal of the petition.

Accordingly, good cause having been presented and good cause appearing therefor, the Court

1  hereby GRANTS Petitioner's motion to withdraw the unexhausted claims and VACATES the
2  Findings and Recommendation of October 3, 2007. Ground Four is hereby DELETED from the
3  petition.

5     IT IS SO ORDERED.
6     **Dated:** **October 29, 2007**        **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE