1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL GARCIA, JR., | ) | 1:07-CV-01105 AWI GSA HC |
| Petitioner, | ) | ORDER STAYING COURT ORDER OF |
| | ) | JUNE 24, 2008, WHICH DIRECTED |
| v. | ) | RESPONDENT TO FILE A RESPONSE |
| | ) | |
| R. A. HOREL, | ) | [Doc. #34] |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 24, 2008, this Court issued an order directing Respondent to file a response. On August 13, 2008, Petitioner filed a motion to amend the petition to reinsert a previously dismissed claim. Therefore, the order of June 24, 2008, directing Respondent to file a response is HEREBY STAYED pending resolution of Petitioner's motion to amend.


IT IS SO ORDERED.

**Dated:   August 24, 2008**          **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE